# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

IT APPEARING THAT case number 16 cv 7063 was electronically opened in error, therefore

IT IS HEREBY ORDERED that the assignment of 16 cv 7063 shall be vacated and that case number 16 cv 7063 shall not be used for any other proceeding.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

Chief Judge Ruben Castillo

Dated at Chicago, Illinois this 13th day of July, 2016.